## UNITED STATES DISTRICT COURT

## STATE OF SOUTH CAROLINA

## FLORENCE DIVISION

Darnell Price,                                      Civil Action No: 4:12-cv-02329-RBH

    Plaintiff,

    vs.                                         **REPORT RE DEFENDANT RIZZO**

Town of Atlantic Beach,

Chief Randy Rizzo, Chief E Lewis,

Lt Randy Fisher,

Councilwoman Charlene Taylor,

Councilwoman Josephine Isom,

Councilman Jake Evans,

    Plaintiff served Defendants as a group at the Atlantic Beach Town hall. Two Answers were filed on behalf of two separate groups of Defendants. With motions and discovery, Plaintiff was unaware that one had somehow fallen through the cracks.

    Respectfully submitted,

    BY: *s/Wm. Gary White, III*

    Wm. Gary White, III

    Attorney for Plaintiff

    2009 Lincoln Street

    Columbia, SC 29201

    (803) 767-3953

    Fed ID. # 3130

Columbia, South Carolina

December 29, 2014